IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ROBERT WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 10-842-TC |
| ) | |
| v. ) | |
| ) | ORDER |
| DON MILLS, et al., ) | |
| ) | |
| Defendants. ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on July 14, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed July 14, 2011, in its entirety. Defendants' motion to dismiss (#18) is allowed, and this proceeding is dismissed. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this 26th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

2 - ORDER