IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ROBERT WARREN, | ) |
| Plaintiff, | ) |
| | ) Civil No. 10-842-TC |
| v. | ) |
| | ) ORDER |
| DON MILLS, et al., | ) |
| Defendants. | ) |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on July 14, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed July 14, 2011, in its entirety. Defendants' motion to dismiss (#18) is allowed, and this proceeding is dismissed. The clerk of court will enter judgment accordingly.

IT IS SO ORDERED.

DATED this 26th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

2  - ORDER